IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

NO. 4:10-CV-172

| | |
|---|---|
| SAFRIT PROPERTIES, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) REFERRAL ORDER |
| | ) |
| EXPREZIT! CONVENIENCE STORES 99-FLORIDA, LLC. | ) |
| | ) |
| Defendant. | ) |

This matter comes now before the court pursuant to joint notice of the parties, dated February 15, 2011, requesting court-hosted settlement conference. The court hereby GRANTS this request, and the case is referred for court-hosted settlement conference pursuant to Local Civil Rule 101.2, EDNC, to Magistrate Judge David W. Daniel, who shall preside at the conference for the purpose of resolving all issues in dispute. Judge Daniel shall set the date and time for conference with deference to the dates offered by the parties jointly at that date and time that he finds appropriate.

SO ORDERED, this the 16th day of February, 2011.

_____
LOUISE W. FLANAGAN
Chief United States District Judge